UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEWART M. SMITH,

                Plaintiff,

       -against-

AECOM TISHMAN, ET AL,

                Defendants.

21-CV-2990 (CM)

CIVIL JUDGMENT

COLLEEN McMAHON, Chief United States District Judge:

    Pursuant to the order issued April 9, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number ECF 1:21-CV-2915. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    April 9, 2021
            New York, New York

                                          COLLEEN McMAHON
                                        Chief United States District Judge